# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRUN LAMONT JONES, ADC #143301             PETITIONER

v.          No. 5:17CV00242-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction            RESPONDENT

## ORDER

Tyrun Lamont Jones has again moved to dismiss without prejudice his petition for habeas relief under 28 U.S.C. § 2254 so he can rectify any pleading deficiencies and attempt to cure any procedural defect. That motion is GRANTED. Document #19. Without reaching the merits, this habeas petition is hereby dismissed without prejudice. *Flores v. United States*, 124 F.3d 207 (8th Cir. 1997).

IT IS SO ORDERED this 20th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRCT JUDGE